1
2
3
4
5
6
7
8
9

10                          UNITED STATES DISTRICT COURT

11                            EASTERN DISTRICT OF CALIFORNIA

12

13   HECTOR CASTRO,                            1:07-cv-00871-AWI-NEW (DLB) (HC)

14                  Petitioner,
                                               **ORDER AUTHORIZING**
15   v.                                        **IN FORMA PAUPERIS STATUS**

16   DERRAL ADAMS,

17                  Respondent.
     _____/
18

19        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

20   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

21   proceed *in forma pauperis*.  The petition will be screened in due course.

22        IT IS SO ORDERED.

23   **Dated:    June 20, 2007**           _____ **/s/ Dennis L. Beck** _____
                                           UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28