IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CASTRO, | 1:07-cv-00871-AWI-NEW (DLB) (HC) |
|     Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE AN ANSWER |
|   vs. | (DOCUMENT #6) |
| DERRAL ADAMS, | THIRTY DAY DEADLINE |
|     Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On September 21, 2007, respondent filed a motion for extension of time to file an answer to the petition for writ of habeas corpus.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file an answer.

IT IS SO ORDERED.

**Dated:   October 5, 2007**          /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE